1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA           NO. **CV15-05027 SLM**
11
                   Plaintiff,
12                                    **JUDGMENT ON DEFAULT**
          v.
13
   ANDREW STUNICH
14 aka ANDREW J. STUNICH
   aka ANDREW JOSEPH STUNICH
15 aka ANDREW JOSEPH STUNICH III
   aka ANDY JOSEPH STUNICH,
16
                   Defendant.
17 _____/

18      In the above entitled action, the defendant ANDREW STUNICH aka ANDREW J.

19 STUNICH aka ANDREW JOSEPH STUNICH aka ANDREW JOSEPH STUNICH III aka

20 ANDY JOSEPH STUNICH having been duly served with the Summons and a copy of the

21 Complaint in the action, and the defendant having failed to appear, answer, plead, or

22 otherwise defend in the action within the time allowed by law, or at all, and default having

23 been duly entered; and it further appearing that plaintiff's claim against the defendant is for

24 a sum certain and for interest which can by computation be made certain and for costs; and

25 it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been

26 filed, setting forth the amounts due plaintiff from said defendant in accordance with the

27 prayer of the Complaint, and also setting forth that defendant is not an infant or

28 incompetent person or in the military service of the United States within the meaning of the

1  Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers'
2  and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and
3  praying that Judgment be entered herein.
4      NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
5      IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
6  and from the defendant, ANDREW STUNICH aka ANDREW J. STUNICH aka ANDREW
7  JOSEPH STUNICH aka ANDREW JOSEPH STUNICH III aka ANDY JOSEPH STUNICH,
8  the sum of $23,096.57 as principal, interest, attorney fees, and costs, plus interest in the
9  amount of $0.87 per day from January 19, 2016, to the date of entry of the judgment, plus
10 post judgment interest thereafter at the current legal rate per annum, pursuant to the
11 provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the
12 provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

14 JUDGMENT ENTERED: 1/25/2016



SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk    Mark Romyn

JUDGMENT ON DEFAULT                                                                 2